THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL H. TIMMERMAN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Chautauqua County Court, Adams, J.—Reckless Endangerment, 1st

Degree.) Present—Callahan, J. P., Boomer, Pine, Lawton and Boehm, JJ.,